# IN THE COURT OF APPEALS OF TENNESSEE
## WESTERN SECTION AT JACKSON

**EL-SHABAZZ RAYFORD**
**a/k/a ROBERT RAYFORD,**                  )
                                          )
       Plaintiff/Appellant,      **)  Shelby Circuit No. 73769 T.D.**
                                          )
**VS.**                                     **)  Appeal No. 02A01-9607-CV-00162**
                                          )
**STEPHEN LEFFLER,**                        )
                                          )
       Defendant/Appellee.       **)**

**FILED**

**April 16, 1997**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

## ORDER ON PETITION TO REHEAR

Plaintiff/Appellant has filed a petition to rehear which, after due consideration, is respectfully denied.

So ordered this _____ day of April, 1997.

_____HIGHERS, J.

_____
CRAWFORD, P.J., W.S.

_____
FARMER, J.